
CAS: USAO 2009R00390

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM 10 CR 0179 |
| | * | |
| EMENIKE CHARLES NWANKWOALA | * | (Exportation of Arms Without a |
| | * | License, 22 U.S.C. § 2778(b) and (c); |
| Defendant | * | Exportation of Controlled Good |
| | * | Without a License, 50 U.S.C. App. |
| | * | § 2410(a) and 50 U.S.C. §§ 1702, |
| | * | 1705(c); Willful Delivery of Firearm to |
| | * | Common Carrier Without Written |
| | * | Notice, 18 U.S.C. § 922(e); Forfeiture, |
| | * | 18 U.S.C. § 924(d), 18 U.S.C. |
| | * | § 981(a)(1)(C), 21 U.S.C. § 853(p), |
| | * | 22 U.S.C. § 401, 28 U.S.C. § 2461(c), |
| | * | 50 U.S.C. App. § 2410(g)) |
| | * | |

******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

In or about August 2009, in the District of Maryland and elsewhere, the defendant,

**EMENIKE CHARLES NWANKWOALA,**

did knowingly and willfully export, cause to be exported, and attempted to export from the United States to Nigeria, a defense article, that is:

| MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Bersa Thunder 40 | .40 mm | 939089 |
| Bersa Thunder 40 | .40 mm | 693553 |
| Bersa Thunder 9 | 9 mm | 918546 |
| Ruger SR9 | 9 mm | 330-44078 |
| Smith & Wesson M&P 45 | .45 mm | MPS5803 |
| Smith & Wesson M&P 45 | .45 mm | MPY9191 |

| BRAND OF AMMUNITION | NUMBER OF ROUNDS |
| --- | --- |
| Speer Gold, Lawman, Blazer & Magtech | 850 |
| Winchester Ranger (LEO ammunition) | 150 |
| Independence & Hornady | 180 |
| Remington & Federal | 310 |

which are defense articles included on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export.

22 U.S.C. §§ 2778(b)(2) and (c)
22 C.F.R. §§ 121.1, 121.4
22 C.F.R. § 123.1
22 C.F.R. § 127.1
22 C.F.R. § 127.3

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

In or about August 2009, in the District of Maryland and elsewhere, the defendant,

**EMENIKE CHARLES NWANKWOALA,**

did knowingly and willfully export, cause to be exported, and attempt to export from the United States to Nigeria the following:

| MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Mossberg 500A | 12 ga. | T425888 |
| Mossberg 500A | 12 ga. | T369547 |
| Maverick 88 | 12 ga. | MV64149N |
| Maverick 88 | 12 ga. | MV16917N |
| Maverick 88 | 12 ga. | MV63781N |
| Maverick 88 | 12 ga. | MV57077N |
| Maverick 88 | 12 ga. | MV62471N |
| Maverick 88 | 12 ga. | MV14349N |
| Maverick 88 | 12 ga. | MV56476N |
| Maverick 88 | 12 ga. | MV81050M |
| Maverick 88 | 12 ga. | MV63743N |
| Maverick 88 | 12 ga. | MV57032N |
| Maverick 88 | 12 ga. | MV17289N |
| Maverick 88 | 12 ga. | MV64038N |
| Maverick 88 | 12 ga. | MV57036N |
| Maverick 88 | 12 ga. | MV63964N |
| Maverick 88 | 12 ga. | MV62466N |
| Maverick 88 | 12 ga. | MV55961N |
| Maverick 88 | 12 ga. | MV57086N |
| Maverick 88 | 12 ga. | MV55963N |
| Maverick 88 | 12 ga. | MV16909N |
| Maverick 88 | 12 ga. | MV17290N |
| Maverick 88 | 12 ga. | MV63932N |
| Maverick 88 | 12 ga. | MV17196N |

without having first obtained a validated export license from the United States Department of Commerce.

50 U.S.C. App. § 2410(a)
50 U.S.C. § 1702
50 U.S.C. § 1705(c)
15 C.F.R. § 736.2
15 C.F.R. §§ 764.2, 764.3(b)
15 C.F.R. § 774.1
Executive Order No. 13222

## COUNT THREE

The United States Attorney for the District of Maryland further charges that:

On or about the August 7, 2009, in the District of Maryland, the defendant

**EMENIKE CHARLES NWANKWOALA,**

knowingly delivered or caused to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce to a person other than a licensed importer, licensed manufacturer, licensed dealer, or a licensed collector, a package and container in which there were firearms and ammunition, to wit,

| MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Bersa Thunder 40 | .40 mm | 939089 |
| Bersa Thunder 40 | .40 mm | 693553 |
| Bersa Thunder 9 | 9 mm | 918546 |
| Ruger SR9 | 9 mm | 330-44078 |
| Smith & Wesson M&P 45 | .45 mm | MPS5803 |
| Smith & Wesson M&P 45 | .45 mm | MPY9191 |
| Mossberg 500A | 12 ga. | T425888 |
| Mossberg 500A | 12 ga. | T369547 |
| Maverick 88 | 12 ga. | MV64149N |
| Maverick 88 | 12 ga. | MV16917N |
| Maverick 88 | 12 ga. | MV63781N |
| Maverick 88 | 12 ga. | MV57077N |
| Maverick 88 | 12 ga. | MV62471N |
| Maverick 88 | 12 ga. | MV14349N |
| Maverick 88 | 12 ga. | MV56476N |
| Maverick 88 | 12 ga. | MV81050M |
| Maverick 88 | 12 ga. | MV63743N |
| Maverick 88 | 12 ga. | MV57032N |
| Maverick 88 | 12 ga. | MV17289N |
| Maverick 88 | 12 ga. | MV64038N |
| Maverick 88 | 12 ga. | MV57036N |
| Maverick 88 | 12 ga. | MV63964N |
| Maverick 88 | 12 ga. | MV62466N |
| Maverick 88 | 12 ga. | MV55961N |

| MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Maverick 88 | 12 ga. | MV57086N |
| Maverick 88 | 12 ga. | MV55963N |
| Maverick 88 | 12 ga. | MV16909N |
| Maverick 88 | 12 ga. | MV17290N |
| Maverick 88 | 12 ga. | MV63932N |
| Maverick 88 | 12 ga. | MV17196N |

| BRAND OF AMMUNITION | NUMBER OF ROUNDS |
|---|---|
| Speer Gold, Lawman, Blazer & Magtech | 850 |
| Winchester Ranger (LEO ammunition) | 150 |
| Independence & Hornady | 180 |
| Remington & Federal | 310 |

without written notice to the carrier that such firearms and ammunition were being transported and shipped.

18 U.S.C. § 922(e)

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses set forth in Counts One and Two of this Information, the defendant,

**EMENIKE CHARLES NWANKWOALA,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 410, Title 28, United States Code, Section 2461(c), and Title 50, United States Code, Appendix, Section 2410, any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, or which was involved in such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following: a 2008 Toyota Camry, VIN #4T1BE46K08U246394, and the firearms and ammunition listed in paragraph 4 below.

2. If any of the property described above and in paragraph 4, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(f) set forth in Count Three of this Information, the defendant,

**EMENIKE CHARLES NWANKWOALA,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the firearms and ammunition described in paragraph 4 below.

4. The firearms and ammunition to be forfeited pursuant to paragraphs 1 through 3 are:

| MODEL | CALIBER | SERIAL NUMBER |
|---|---|---|
| Bersa Thunder 40 | .40 mm | 939089 |
| Bersa Thunder 40 | .40 mm | 693553 |
| Bersa Thunder 9 | 9 mm | 918546 |
| Ruger SR9 | 9 mm | 330-44078 |
| Smith & Wesson M&P 45 | .45 mm | MPS5803 |
| Smith & Wesson M&P 45 | .45 mm | MPY9191 |
| Mossberg 500A | 12 ga. | T425888 |
| Mossberg 500A | 12 ga. | T369547 |
| Maverick 88 | 12 ga. | MV64149N |
| Maverick 88 | 12 ga. | MV16917N |
| Maverick 88 | 12 ga. | MV63781N |
| Maverick 88 | 12 ga. | MV57077N |
| Maverick 88 | 12 ga. | MV62471N |
| Maverick 88 | 12 ga. | MV14349N |
| Maverick 88 | 12 ga. | MV56476N |
| Maverick 88 | 12 ga. | MV81050M |
| Maverick 88 | 12 ga. | MV63743N |
| Maverick 88 | 12 ga. | MV57032N |
| Maverick 88 | 12 ga. | MV17289N |
| Maverick 88 | 12 ga. | MV64038N |
| Maverick 88 | 12 ga. | MV57036N |
| MODEL | CALIBER | SERIAL NUMBER |

| Maverick 88 | 12 ga. | MV63964N |
| --- | --- | --- |
| Maverick 88 | 12 ga. | MV62466N |
| Maverick 88 | 12 ga. | MV55961N |
| Maverick 88 | 12 ga. | MV57086N |
| Maverick 88 | 12 ga. | MV55963N |
| Maverick 88 | 12 ga. | MV16909N |
| Maverick 88 | 12 ga. | MV17290N |
| Maverick 88 | 12 ga. | MV63932N |
| Maverick 88 | 12 ga. | MV17196N |

| BRAND OF AMMUNITION | NUMBER OF ROUNDS |
| --- | --- |
| Speer Gold, Lawman, Blazer & Magtech | 850 |
| Winchester Ranger (LEO ammunition) | 150 |
| Independence & Hornady | 180 |
| Remington & Federal | 310 |

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
22 U.S.C. § 401
28 U.S.C. § 2461(c)
50 U.S.C. App. § 2410(g)


*Rod Rosenstein/CAS*
Rod J. Rosenstein
United States Attorney

April 13, 2010
Date